CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

NOV 03 2008

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MARION LEON BEA,<br>    Plaintiff, | Civil Action No. 7:08-cv-00547 |
| v. | **FINAL ORDER** |
| BRYAN WATSON, WARDEN,<br>et. al.,<br>    Defendants. | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that plaintiff's application to proceed in this action without prepayment of the filing fee is **DENIED** and this action hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(g), and the action is stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 3rd day of Nov., 2008.

/s/ James C. Turk
Senior United States District Judge